[Nos. 30108-0-I; 30444-5-I. Division One. July 26, 1993.]

BERNARD D. MOLLOY, *Appellant*, v. THE CITY
OF BELLEVUE, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 90-2-07687-3, J. Kathleen Learned, J., entered
November 18, 1991. *Affirmed in part* and *reversed in part*
by unpublished opinion per Coleman, J., concurred in by
Grosse and Baker, JJ. Now published at 71 Wn. App. 382.

[No. 31151-4-I. Division One. July 26, 1993.]

DANIEL M. GRUENER, *Respondent*, v. THE CHURCH
OF ARMAGEDDON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-2-01752-2, Robert C. Bibb, J., entered
June 26, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30691-0-I. Division One. July 26, 1993.]

PHILIP R. HAIGHT, ET AL, *Appellants*, v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from judgments of the Superior Court for King
County, No. 91-2-23779-4, Liem E. Tuai and Peter K. Steere,
JJ., entered April 15 and June 1, 1992. *Reversed* by unpub-
lished opinion per Pekelis, A.C.J., concurred in by Scholfield
and Forrest, JJ.

[No. 28524-6-I. Division One. July 26, 1993.]

THE CITY OF SEATTLE, *Respondent*, v. RONALD
LAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-00507-3, Larry A. Jordan, J., entered April
30, 1991. *Affirmed* by unpublished opinion per Scholfield, J.,
concurred in by Webster, C.J., and Grosse, J.